**In re Horace Linton BROWN,
Petitioner.**

No. 13–2261.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2014.

Decided: March 4, 2014.

Horace Linton Brown, Petitioner Pro
Se.

Before MOTZ, KING, and WYNN,
Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Horace Linton Brown petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion under 28 U.S.C. § 2255 (2012). He seeks an order from this court directing the district court to act. Our review of the record discloses that the district court has ruled on the § 2255 motion. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*